U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 12-CV-03458

Regions Bank v. BHS Development, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Regions Bank

| |
|---|
| NAME (Type or print)<br>Michael W. Drumke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael W. Drumke |
| FIRM<br>Swanson, Martin & Bell, LLP |
| STREET ADDRESS<br>330 North Wabash, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90784298 | TELEPHONE NUMBER<br>312-321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐